1  IRENE RUZIN, Attorney at Law (CSB #125763)
   Law Offices of Irene Ruzin
2  16311 Ventura Blvd., Suite 900
3  Encino, CA 91436
   TEL: (818) 325-2888 FAX: (818) 325-2890
4  ireneruzin@earthlink.net
5
6  Attorney for Plaintiff, LAVERE LEO SCHMIDT, JR.

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 8 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

7            UNITED STATES DISTRICT COURT

8            CENTRAL DISTRICT OF CALIFORNIA

9                  WESTERN DIVISION

10
11  LAVERE LEO SCHMIDT, JR. ,        )  Case No.: CV 15-03038 E
                                     )
12          Plaintiff,               )
                                     )  [~~PROPOSED~~] ORDER
13      v.                           )  AWARDING EAJA FEES
                                     )
14  CAROLYN W. COLVIN, Acting        )
    Commissioner of Social Security, )
15                                   )
16          Defendant.               )  HON. CHARLES F. EICK
                                     )  UNITED STATES MAGISTRATE
17                                   )  JUDGE
                                     )
18  ─────────────────────────────── )

19          Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20  **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act

21  ("EAJA") are awarded  in the amount of  FOUR THOUSAND DOLLARS

22  ($4,000.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d),

23  and subject to the terms and conditions of the Stipulation.

24  DATED: _12/28/15_____

25
26                              _____
27                              HON. CHARLES F. EICK
                                UNITED STATES MAGISTRATE JUDGE
28